In the Matter of HONOUR B. GELSON, an Attorney, Appellant.

BROOKLYN BAR ASSOCIATION, Respondent.

Argued October 9, 1939; decided November 21, 1939.

*Honour B. Gelson,* appellant, in person.

*Charles J. Buchner* and *Charles Goodwin* for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.